B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09−21451**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Vanessa C Davis
    1704 Eastend Avenue, Apt. 603
    Chicago Heights, IL 60411

Social Security / Individual Taxpayer ID No.:
    xxx−xx−7139

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                        FOR THE COURT

Dated:  September 29, 2009                Kenneth S. Gardner, Clerk
                                          United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                 Page 1 of 1               Date Rcvd: Sep 29, 2009
Case: 09-21451                Form ID: b18                 Total Noticed: 27

The following entities were noticed by first class mail on Oct 01, 2009.
db          +Vanessa C Davis,    1704 Eastend Avenue, Apt. 603,    Chicago Heights, IL 60411-3572
aty         +Peter L Berk,    Law Office of Peter L. Berk,    79 West Monroe,    Suite 900,
              Chicago, IL 60603-4914
tr          +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
              Chicago, IL 60603-6209
14040223    +American General Financial,    3005 E 92nd St,    Chicago, IL 60617-4502
14040224    +Anchor Oak Park,    75 Remittance Drive,    Suite 1620,    Chicago, IL 60675-1620
14040225    +Associates in Head and Neck Surgery,    4647 West Lincoln Highway,    Lower Level,
              Matteson, IL 60443-2319
14040227    +Cassandra Polk,    6921 S Prairie Avenue,    Chicago, IL 60637-4635
14040228    +Chicago Tribune Direct,    Attn: Biehl & Biehl, Inc.,    325 E Fullerton Avenue,
              Carol Stream, IL 60188-1865
14040229    +Dsnb Bloom,    Bloomingdale's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14040230     GEMB / Old Navy,    Attention:  Bankruptcy,    Po Box 103106,    Roswell, GA 30076
14040231    +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
14040235    +Jeanette Carter,    6951 S Prairie Avenue,    Chicago, IL 60637-4647
14040237    +Rush University Medical Center,    PO Box 4075,    Carol Stream, IL 60197-4075
14040238    +Rush University Medical Group,    75 Remittance Drive,    Suite 1611,    Chicago, IL 60675-1611
14040239     Sams Club,    Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076
14040241     Sears/cbsd,    133200 Smith Rd,    Cleveland, OH 44130
14040240    +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
14040243    +Synergy Partners Credit Union,    11615 Avenue O,    Chicago, IL 60617-7392
14040245    +The Hertz Corporation,    3116 West Walnut,    Chicago, IL 60612-1837
14040246    +Trustmark Recovery Services,    541 Otis Bowen Drive,    Munster, IN 46321-4158
The following entities were noticed by electronic transmission on Sep 29, 2009.
tr          +EDI: QAJMAXWELL.COM Sep 29 2009 18:58:00      Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,
              105 West Adams Street,    Suite 3200,    Chicago, IL 60603-6209
14040226    +EDI: CAPITALONE.COM Sep 29 2009 18:58:00      Capital 1 Bank,    Attn: C/O TSYS Debt Management,
              Po Box 5155,    Norcross, GA 30091-5155
14040232    +EDI: HFC.COM Sep 29 2009 18:58:00      Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,
              Carol Stream, IL 60197-5253
14040233    +EDI: HFC.COM Sep 29 2009 18:58:00      Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,
              Bridge Water, NJ 08807-0985
14040234    +EDI: HFC.COM Sep 29 2009 18:58:00      Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
14040236    +EDI: TSYS2.COM Sep 29 2009 18:58:00      Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,
              Mason, OH 45040-8053
14040242     EDI: NEXTEL.COM Sep 29 2009 18:58:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197-4191
14040244    +EDI: AISTMBL.COM Sep 29 2009 18:58:00      T-Mobile,    PO Box 37380,    Albuquerque, NM 87176-7380
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2009**          **Signature:** *Joseph Speetjens*